**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ELLEN BURGESS et al.**                                                                        **PLAINTIFFS**

**v.**                          **CASE NO. 4:13CV00199 BSM**

**EXXON MOBIL CORPORATION et al.**                                                **DEFENDANTS**

## ORDER

Defendant ExxonMobil Pipeline Company's ("EMPCo") motion to compel [Doc. No. 52] is granted as to plaintiffs' damages calculations and plaintiffs are ordered to fully respond to interrogatory numbers 11, 17, and 18 and requests for production numbers 18, 28, and 29 by March 15, 2014. EMPCo's motion to compel plaintiffs' medical histories is denied.

IT SO ORDERED this 24th day of February 2014.

_____
UNITED STATES DISTRICT JUDGE