IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ELLEN BURGESS, KATHY OUELLETTE,
HOWARD SENTENEY, and MARGARET ROBERTS,
on behalf of themselves and all others similarly situated,

    *Plaintiffs*

v.                                              Civil Case No. 4:13-CV-199 BSM

EXXON MOBIL CORPORATION
d/b/a EXXONMOBIL®
EXXONMOBIL PIPELINE COMPANY
MOBIL PIPE LINE COMPANY

    *Defendants*.

## PLAINTIFF KATHY OUELLETTE'S NOTICE OF WITHDRAWAL AS A PROPOSED CLASS REPRESENTATIVE AND VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Comes now Plaintiff Kathy Ouellette and for her Notice of Withdrawal as a Proposed Class Representative and Voluntary Dismissal Without Prejudice, states as follows:

Pursuant to Fed. R. Civ. P. 41, Plaintiff Kathy Ouellette hereby provides her notice that she voluntarily withdraws from this lawsuit as a proposed class representative and voluntarily dismisses her claim without prejudice to her right to re-file her claim as permitted by law. Plaintiff Kathy Ouellette's counsel has conferred with Defendants' counsel who advise there is no objection to this notice of withdrawal from this lawsuit and voluntary dismissal without prejudice.

WHEREFORE, Plaintiff Kathy Ouellette hereby gives notice of her withdrawal as a proposed class representative without prejudice to her right to re-file her claim as permitted by law and for all relief deemed equitable, appropriate and just.

DATED:      March 27, 2014

        Respectfully submitted,

        **DUNCAN FIRM, P.A.**

        /s/ Phillip Duncan
        Phillip Duncan, ABN #74039
        Richard Quintus, ABN #2000078
        William Rob Pointer, ABN #2007216
        Justin C. Zachary, ABN #2010162
        Timothy P. Reed, ABN #2012210
        DUNCAN FIRM, P.A.
        900 South Shackleford Road, Suite 725
        Little Rock, Arkansas 72211
        Telephone: 501-228-7600
        Facsimile: 501-228-0415
        phillip@duncanfirm.com
        richard@duncanfirm.com
        rob@duncanfirm.com
        justin@duncanfirm.com
        tim@duncanfirm.com

        -and-

        **THRASH LAW FIRM, P.A.**

By:    /s/ Tom Thrash
        Thomas P. Thrash, ABN #80147
        Marcus N. Bozeman, ABN #95287
        Thrash Law Firm, P.A.
        1101 Garland Street
        Little Rock, Arkansas 72201
        Telephone: 501-374-1058
        Facsimile: 501-374-2222
        tomthrash@sbcglobal.net
        bozemanmarcus@sbcglobal.net

        -and-

        **DON BARRETT, P.A.**

        /s/ John W. "Don" Barrett
        John W. "Don" Barrett
        404 Court Square North
        P.O. Box 927
        Lexington, MS 39095
        662-834-9168 – Telephone
        662-834-2628 – Facsimile
        dbarrett@barrettlawgroup.com

        -and-

**PARKER WAICHMAN, LLP**
/s/ William J. Dubanevich
William J. Dubanevich (*pro hoc vice*)
6 Harbor Park Drive
Port Washington, New York 11060
Telephone: 516-466-6500
Facsimile: 516-723-4733
wdubanevich@yourlawyer.com

## **CERTIFICATE OF SERVICE**

I Phillip Duncan, the undersigned, hereby certify that a true and correct copy of the foregoing Plaintiff Kathy Ouellette's Notice of Withdrawal as Proposed Class Representative and Voluntary Dismissal Without Prejudice is being served by electronic notification through the U.S. District Court Arkansas Eastern District CM/ECF electronic filing system upon the following counsel of record:

Jane A. Kim, Esq.
Gary D. Marts, Jr., Esq.
Michelle M. Kaemmerling, Esq.
Scott A. Irby, Esq.
Michael Barnes, Esq.
Stephen R. Lancaster, Esq.
Edwin L. Lowther, Jr., Esq.
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
jkim@wlj.com
gmarts@wlj.com
mkaemmerling@wlj.com
sirby@wlj.com
slancaster@wlj.com
mbarnes@wlj.com
elowther@wlj.com

On this 27th day of March, 2014.

/s/ Phillip Duncan