# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ELLEN BURGESS, HOWARD SENTENEY,
and MARGARET ROBERTS, on behalf of
themselves and all others similarly situated,

    *Plaintiffs,*

v.                                                                        Civil Case No. 4:13 CV 199 BSM

EXXON MOBIL CORPORATION                           **Jury Trial Demanded**
d/b/a EXXONMOBIL®,
EXXONMOBIL PIPELINE COMPANY,
and MOBIL PIPE LINE COMPANY,

    *Defendants*.

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Ellen Burgess, Howard Senteney, and Margaret Roberts (collectively "Plaintiffs") hereby dismiss this action without prejudice to the right to refile the claims as permitted by law. All parties who have entered an appearance in this matter have signed and consent to this Stipulation of Dismissal without Prejudice.

DATED:  April 9, 2014

                                                    Respectfully submitted,

                                                  /s/ Thomas P. Thrash
                                                  Thomas P. Thrash, ABN #80147
                                                  Marcus Neil Bozeman, ABN #95287
                                                  THRASH LAW FIRM, P.A.
                                                  1101 Garland Street
                                                  Little Rock, Arkansas 72201
                                                  Telephone: 501-374-1058
                                                  Facsimile:     501-374-2222

/s/ Phillip Duncan
Phillip Duncan, ABN #74039
Richard Quintus, ABN #2000078
William Rob Pointer, ABN #2007216
Justin C. Zachary, ABN #2010162
Timothy P. Reed, ABN #2012210
DUNCAN FIRM, P.A.
900 South Shackleford Road, Suite 725
Little Rock, Arkansas 72211
Telephone: 501-228-7600
Facsimile: 501-228-0415

John W. "Don" Barrett
DON BARRETT, P.A.
404 Court Square North
P.O. Box 927
Lexington, MS 39095
Telephone: 662-834-9168
Facsimile: 662-834-2628

William J. Dubanevich
PARKER WAICHMAN
6 Harbor Park Drive
Port Washington, New York 11060
Telephone: 516-466-6500
Facsimile: 516-723-4733

*Attorneys for Plaintiffs Ellen Burgess, Howard Senteney, and Margaret Roberts*

WRIGHT, LINDSEY & JENNINGS, LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
elowther@wlj.com; slancaster@wlj.com; mkaemmerling@wlj.com

By:     */s/ Edwin L. Lowther, Jr.*
        Edwin L. Lowther, Jr. (81107)
        Stephen R. Lancaster (93061)
        Michelle Kaemmerling (2001227)

*Attorneys for ExxonMobil Corporation*

WRIGHT, LINDSEY & JENNINGS, LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas  72201-3699
(501) 371-0808
FAX:  (501) 376-9442
mbarnes@wlj.com; jkim@wlj.com;
mthompson@wlj.com

By:     */s/ Michael D. Barnes*
          Michael D. Barnes (88071)
          Jane A. Kim (2007160)
          Michael A. Thompson (2010146)

*Attorneys for ExxonMobil Pipeline Company*

WRIGHT, LINDSEY & JENNINGS, LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas  72201-3699
(501) 371-0808
FAX:  (501) 376-9442
sirby@wlj.com; gmarts@wlj.com

By:     */s/ Gary D. Marts, Jr.*
          Scott A. Irby (99192)
          Gary D. Marts, Jr. (2004116)

*Attorneys for Mobil Pipe Line Company*

3