IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ELLEN BURGESS et al.**                                                                                     **PLAINTIFFS**

**v.**                                  **CASE NO. 4:13CV00199 BSM**

**EXXON MOBIL CORPORATION et al.**                                            **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 11th day of April 2014.


_____
UNITED STATES DISTRICT JUDGE